# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 5:21cm33
)
USPS First Class Mail Parcel )
9400111899220681995794 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____Western_____ District of _____Arkansas_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 (a)(1) | Conspiracy to possess with intent to distribute a controlled substance. |
| 21 USC Section 846 | |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

David L. Barrett, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/13/21 2:50pm

_____
*Judge's signature*

City and state: Fayetteville, Arkansas

Christy Comstock, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David Barrett, your affiant being duly sworn, depose and state as follows:

### Background

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Eastern and Western Districts of Arkansas. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

2. I have been a United States Postal Inspector for over seventeen years. During that time, I have worked on numerous federal criminal investigations. I have worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

3. Prior to my time at USPIS I was a police officer in the states of Arkansas and Oklahoma for over seven years. During that time, I worked numerous violations of state and local laws and conducted investigations accordingly. I have conducted investigations that involve violent crimes, illegal narcotics, stolen property, and identity theft.

4. I am aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the U.S. Mail is a common and preferred method of drug traffickers shipping their product. The Express Mail, First Class Mail, and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking

capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

5. I am also aware that drug traffickers often use pre-paid postage address labels, fictitious names, or no names on the return addresses and for the addressees, in order to avoid detection in the event the parcel is intercepted by law enforcement. I am further aware that drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will often send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested.

## Purpose of Affidavit

6. I make this affidavit in support of search warrant application for the parcel described as follows (hereinafter "suspect parcel"):

| | |
|---|---|
| USPS Priority Mail No.: | 9400111899220681995794 |
| Sender: | Red<br>8840 Flower Rd., Unit 120<br>Rancho Cucamonga, CA 91730 |
| Date Mailed: | March 31, 2021 |
| Class of Mail: | First Class Mail |
| Place Mailed: | Rancho Cucamonga, CA |

7. This affidavit is based upon my personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the suspect parcel. Since this affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause.

## Probable Cause

8. In early March 2021, HSI (Homeland Security Investigations) Fayetteville HIDTA (High Intensity Drug Trafficking Area) Task Force developed Hoang Le as a suspect in the trafficking of illegal narcotics using the U.S. Mail, using a confidential source (CS1).

9. Beginning on or about March 10, 2021 and continuing to April 1, 2021, CS1 communicated with Hoang Le via telephone. The content of the telephone calls and text messages were recorded pursuant to consent received from CS1. On many occasions, the discussion between the CS1 and Hoang Le pertained to the sale of methamphetamine and the shipping of methamphetamine to Northwest Arkansas. For example, on March 18, 2021, CS1 sent the following message to Hoang Le, "I just dropped him at school and was gonna go pick up the money from her. So im telling her 600. For 4 right? Thats better anyways cuz more profit. When i get the money i will send it but im not sure she wants to do it today cuz its not gonna get here till mon. Anyways ill let u know either way." Based on my training and experience, the text message details that CS1 will be sending Hoang Le $600.00 for four ounces of methamphetamine. In response, Le asked CS1: "Where are u gonna send the money cash app or Walmart." Later that same day, CS1 sent Le $600.00 via a wire transfer. On March 19, 2021, CS1 asks if the package has been sent yet, and notes that it will be coming from an address in California.

10. Over the next several days, CS1 and Le discussed the anticipated shipment of methamphetamine to Northwest Arkansas.

11. On or about April 6, 2021, the suspect parcel was mailed to an address[1] associated with CS1 in the Fayetteville Division of the Western District of Arkansas.

---

[1] The address has been redacted to conceal the identity of CS1.

Affidavit – Page 3

The suspect parcel was intercepted by U.S. Postal Inspector (USPI) David Barrett. The parcel was shipped from "Red 8840 Flower Road Unit 120 Rancho Cucamonga, CA 91730." An online search shows that this address is part of a large commercial or warehouse facility. The tracking number assigned to the parcel was 9400111899220681995794. I believe the name "Red" is a fake name used merely to obscure the identity of the true sender of the parcel, who I believe to be Le.

12. On or about April 6, 2021, Little Rock Police Officer Eric Knowles and his canine (K9) partner Urko assisted the investigation of the suspect parcel. Urko is certified in detection by the National Narcotic Detector Dog Association (NNDDA) to detect the odor of marijuana, methamphetamine, cocaine, and heroin. Officer Knowles is likewise certified by the NNDDA to use Urko for drug detection.

13. The suspect parcel was placed under one of five wooden boxes in a hallway located at the Little Rock, Arkansas USPIS Domicile. The suspect parcel was placed under wooden box number four, east to west. The location of the suspect parcel was unknown to Officer Knowles during the search. K-9 Urko searched the wooden boxes off leash. K-9 Urko alerted on the wooden box that concealed the suspect parcel, indicating the presence of a controlled substance within.

### Conclusion

14. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled substances will be found in the above-described suspect parcel.

15. Therefore, I respectfully request the Court to issue a warrant to search the suspect parcel described in Attachment A for any such controlled substances, packaging material associated with controlled substances, or correspondence associated with the use

or distribution of controlled substances, as described in Attachment B of violations of Title 21, United States Code, Sections 841(a)(1) and 846.

_____
DAVID L. BARRETT
United States Postal Inspector

Subscribed and sworn to before me on this 13th day of May, 2021.

_____
Hon. Christy Comstock
United States Magistrate Judge

## ATTACHMENT A

## Description of the Suspect Parcel to be searched

### Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9400111899220681995794 |
| Sender: | Red<br>8840 Flower Rd., Unit 120<br>Rancho Cucamonga, CA 91730 |
| Date Mailed: | March 31, 2021 |
| Class of Mail: | First Class Mail |
| Place Mailed: | Rancho Cucamonga, CA |



## ATTACHMENT B

## Items to be Searched for and Seized

1. Steroids, cocaine, methamphetamine, marihuana, and heroin.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. All records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, store value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay/owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841(a) and 846.